1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN K. DELANEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA   93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7



SEALED FILED
DEC 12 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO. 1:13 CR 00432 AWI SKO

12        Plaintiff,                    MOTION AND PROPOSED ORDER TO
                                        SEAL INDICTMENT
13

14 v.

15 MARTIN BARRAGAN,

16        Defendant.

17

18

19      The government moves the Court, pursuant to Rule 6(e) of the

20 Federal Rules of Criminal Procedure, to order and direct that the

21 Indictment returned by the Grand Jury on December 12, 2013, charging

22 the above defendant with a violation of 21 U.S.C. § 846 and

23 841(a)(1)-Conspiracy to Distribute and Possess With the Intent to

24 Distribute Methamphetamine and Marijuana and to Manufacture Marijuana

25

26 and 21 U.S.C. 841(a)(1)-Distribution of Methamphetamine, 21 U.S.C.

27 841(a)(1)-Distribution of Marijuana and a criminal forfeiture count

28 be kept secret until the defendant named in this Indictment is either

Motion to Seal Indictment                    1

in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: December 12, 2013              Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                   By  /s/ BRIAN K. DELANEY
                                       BRIAN K. DELANEY
                                       Assistant U.S. Attorney


   IT IS SO ORDERED.

Dated:  December 12, 2013             /s/ Sheila K. Oberto
                                       U.S. Magistrate Judge

Motion to Seal Indictment                    2