BENJAMIN B. WAGNER
United States Attorney
BRIAN K. DELANEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>MARTIN BARRAGAN,<br><br>                Defendants. | CASE NO. 1:13CR432 AWI SKO<br><br>MOTION AND [PROPOSED] ORDER TO UNSEAL INDICTMENT |
|---|---|

      The Indictment in this case, having been sealed by Order of this Court, and it appearing that it no longer needs to remain secret.

      The United States of America, by and through Benjamin B. Wagner, United States Attorney and BRIAN K. DELANEY Assistant United States Attorney, hereby moves that the Indictment and Arrest Warrant in this case be unsealed and made public record.

Dated: _____

                                                                           BENJAMIN B. WAGNER
                                                                           UNITED STATES ATTORNEY

                                                       By:    /s/ Brian K. Delaney
                                                                   BRIAN K. DELANEY
                                                                   Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>    v.<br><br>MARTIN BARRAGAN,,<br><br>     Defendant. | CASE NO.  1:13CR432 AWI SKO<br><br>MOTION AND ORDER TO UNSEAL INDICTMENT |

  Pursuant to the Motion by the United States,

  IT IS HEREBY ORDERED that the Indictment and Arrest Warrant filed on December 12, 2013, be unsealed and made public record.

IT IS SO ORDERED.

  Dated:   **December 16, 2013**       **/s/ Jennifer L. Thurston**
                   UNITED STATES MAGISTRATE JUDGE

TYPE PLEADING NAME

2