**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
MARTIN BARRAGAN

## IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>          Plaintiff, ) <br> ) <br>     vs. ) <br> ) <br> MARTIN BARRAGAN, ) <br> ) <br>          Defendant ) | Case No.: Case No.13-CR-00432 LJO-SKO <br><br> **STIPULATION AND PROPOSED ORDER TO  CONTINUE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER

L. THURSTON AND BRIAN DELANEY, ASSISTANT UNITED STATES ATTORNEY:

    **COMES NOW** Defendant, MARTIN BARRAGAN, by and through his attorney of

record, DAVID A. TORRES hereby requesting that the Status Conference currently set for

Monday, January 6, 2014 be continued to Monday, February 3, 2014.

    I have been informed by AUSA Brian Delaney that there is a voluminous amount of

discovery forthcoming in this matter.  I have spoken to AUSA Brian Delaney, and he has no

objection to continuing the Status Conference.

    The parties also agree the delays resulting from the continuance shall be excluded in the

interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

//

1  //

2        **IT IS SO STIPULATED.**

3                                                Respectfully Submitted,

4  DATED:1/3/2014                               */s/ David A Torres*_____
5                                               DAVID A. TORRES
                                                Attorney for Defendant
6                                               [DEFENDANTS NAME]

7  DATED:1/3/2014                               */s/Brian Delaney*_____
8                                               BRIAN DELANEY
                                                Assistant U.S. Attorney
9

10                              **ORDER**

11

12        **IT IS SO ORDERED** that the Status Conference hearing be continued to February 3,

13  2014 at 2:30 p.m.

14

15  IT IS SO ORDERED.

16
       Dated:   **January 6, 2014**          _____/s/ Jennifer L. Thurston
17                                           UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25