1  **DAVID A. TORRES AND ASSOCIATES**
   David A. Torres, SBN135059
2  1318 K. Street
   Bakersfield, CA 93301
3  Tel: (661)326-0857
   Fax: (661)326-0936
4  Email: dtrorres@lawtorres.com

5  Attorney for:
   MARTIN BARRAGAN
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT of CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) Case No.: Case No.13-CR-00432 LJO-SKO
                                    )
12           Plaintiff,             )
                                    ) **STIPULATION AND PROPOSED ORDER**
13     vs.                          ) **TO CONTINUE STATUS CONFERENCE**
                                    )
14 MARTIN BARRAGAN,                 )
                                    )
15           Defendant              )

16 TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER

17 L. THURSTON AND BRIAN K. DELANEY, ASSISTANT UNITED STATES ATTORNEY:

18         **COMES NOW** Defendant, MARTIN BARRAGAN, by and through his attorney of

19 record, DAVID A. TORRES hereby requesting that the Status Conference currently set for

20 Friday, March 14, 2014 be continued to Wednesday, April 9, 2014.

21         A plea agreement has been conveyed to the defense and additional time is necessary to

22 discuss a possible resolution in this case.

23         I have spoken to AUSA Brian Delaney, and he has no objection to continuing the Status

24 Conference.

25

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

//

//

**IT IS SO STIPULATED.**

                                          Respectfully Submitted,

DATED:3/12/14                                  */s/ David A Torres*
                                                    DAVID A. TORRES
                                                    Attorney for Defendant
                                                    MARTIN BARRAGAN

DATED:3/12/14                                  */s/Brian Delaney*
                                                     BRIAN DELANEY
                                                    Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the Status Conference hearing be continued to April 9, 2014 at 2:30 p.m.

IT IS SO ORDERED.

   Dated:   **March 12, 2014**                    **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE