**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
MARTIN BARRAGAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>MARTIN BARRAGAN,<br><br>        Defendant | ) Case No.: Case No.1:13-CR-00432<br>)<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE VACATE TRIAL SETTING**<br>) **CONFERENCE AND SET CHANGE OF**<br>) **PLEA**<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE O'NEILL AND BRIAN DELANEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MARTIN BARRAGAN, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Trial Setting Conference currently set for Monday, June 2, 2014 be vacated and set Change of Plea for Monday, July 7, 2014.

I have commenced felony trial in the Superior Court of California, County of Kern, in the matter of *People v. Adam Hawn, BF145594A*.  Trial is estimated to last approximately seven days.  I have also received the plea agreement and discussed it with my client, he has agreed to accept the offer, My office will send the signed agreement to the US Attorneys office and set the matter for a change of plea hearing by July 7, 2014. I have spoken to AUSA Brian Delaney and

Summary of Pleading - 1

he has no objection to vacating the Trial Setting Conference and setting this matter for a Change of Plea.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:5/30/14                                              */s/ David A Torres*___
                                                          DAVID A. TORRES
                                                          Attorney for Defendant
                                                          [DEFENDANTS NAME]

DATED:5/30/14                                              */s/Brian Delaney*___
                                                          BRIAN DELANEY
                                                          Assistant U.S. Attorney

# ORDER

The Trial Setting Conference hearing be vacated and a Change of Plea be set for Monday, July 7, 2014 at 8:30am., AND time is excluded for the good cause showing in the stipulation.

IT IS SO ORDERED.

Dated:   **May 29, 2014**                    **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE