1  **DAVID A. TORRES AND ASSOCIATES**
   David A. Torres, SBN135059
2  1318 K. Street
   Bakersfield, CA 93301
3  Tel: (6610326-0857
   Fax: (661)326-0936
4  Email: dtorres@lawtorres.com

5  Attorney for:
   MARTIN BARRAGAN
6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT of CALIFORNIA

10
   UNITED STATES OF AMERICA,           ) Case No.: Case No.13-CR-00432 LJO-SKO
11                                     )
                                       )
12          Plaintiff,                 ) **STIPULATION AND ORDER**
                                       ) **TO  ADVANCE SENTENCING**
13      vs.                            )
                                       )
14  MARTIN BARRAGAN,                   )
                                       )
15          Defendant                  )
   ─────────────────────────────────────
16

17  TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE  JR.

18  ENGLAND AND BRIAN DELANEY, ASSISTANT UNITED STATES ATTORNEY:

19      **COMES NOW** Defendant, MARTIN BARRAGAN, by and through his attorney of

20  record, DAVID A. TORRES hereby requesting that the Sentencing currently set for Tuesday,

21  September 16, 2014 be advanced to Monday, September 15, 2014.

22  ///

23  ///

24  ///

25  ///

- 1

**IT IS SO STIPULATED.**

                                                  Respectfully Submitted,

DATED: 9/12/2014                          */s/ David A Torres*
                                                  DAVID A. TORRES
                                                  Attorney for Defendant
                                                  [DEFENDANTS NAME]

DATED: 9/12/2014                          */s/Brian Delaney*
                                                  BRIAN DELANEY
                                                  Assistant U.S. Attorney

## ORDER

Pursuant to the parties' stipulation (ECF No. 34), the Sentencing hearing in this matter is ADVANCED to September 15, 2014 before District Judge Lawrence J. O'Neill.

IT SO ORDERED.

Dated:  September 12, 2014

                                                  MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                  UNITED STATES DISTRICT COURT