# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARTIN BARRAGAN,<br><br>  Defendant. | CASE NO. 1:13-CR-00432-(1)-LJO-SKO<br><br>ORDER REFERRING THE CASE TO THE FEDERAL DEFENDER'S OFFICE AND SETTING BRIEFING SCHEDULE<br><br>(ECF NO. 50) |

On June 20, 2016, Petitioner Martin Barragan filed a *pro se* "Motion for Resentencing" (ECF No. 50). It is within a district court's discretion to "ignore the legal label that a *pro se* litigant attaches to a motion," and recharacterize the motion to place it in the appropriate legal category. *Castro v. United States*, 540 U.S. 375, 381 (2003). Here, although Petitioner raises issues related to *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016), he filed his motion as a "Motion for Resentencing" but does not specify whether the motion is pursuant to Title 28, United States Code, Section 2255 ("Section 2255 Motion").

Prior to characterizing Petitioner's motion as a Section 2255 motion to vacate, correct, or set aside under 28 U.S.C. § 2255, the Court must first inform Petitioner of its intent to do so. *See Castro*, 540 U.S. 375, 382. To properly consider the instant motion as a Section 2255 Motion, the Court must first caution Petitioner that recharacterizing the motion as arising under 28 U.S.C. § 2255 "means that any subsequent § 2255 motion will be subject to the restrictions on second or successive motions," under the Antiterrorism and Effective Death Penalty Act (AEDPA). *Id.* at 383. The Court must also "provide the litigant an opportunity to withdraw the motion or to amend it so that it contains all the § 2255 claims he believes he has." *Id.* at 383.

To this end, and because of the need to efficiently process petitions under *Johnson* and *Welch*, pursuant to Eastern District of California General Order 563, the Court hereby appoints the Federal Defender's Office ("FDO") to represent Petitioner Barragan in this matter, pursuant to the provisions of the Criminal Justice Act, Title 18 U.S.C. § 3006A(a)(1) and (c). Accordingly,

2

**IT IS HEREBY ORDERED** the FDO shall have until **September 18, 2016** to file an appropriate notice electing to withdraw the motion, **or** proceed with the understanding that the Court will construe the motion as one brought under Section 2255, **or** amend/supplement the motion. From the date of that filing, the Government shall have **60 days** to file a response to Petitioner's motion. From the date of the Government's filing, the FDO shall have **60 days** to file a reply. The Clerk of Court is **DIRECTED to add the FDO's Panel Administrator, Connie Garcia (Connie_Garcia@fdo.gov), to the service list** prior to docketing of this Order.

IT IS SO ORDERED.

Dated:  **July 5, 2016**              /s/ Lawrence J. O'Neill
                                      UNITED STATES CHIEF DISTRICT JUDGE