# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN BARRAGAN,<br><br>Defendant. | CASE NO. 1:13-CR-00432-LJO-SKO-1<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>(ECF No. 53) |

On August 19, 2016, Defendant Martin Barragan filed a *pro se* motion to reduce his sentence (ECF No. 53) pursuant to Title 18, United States Code, Section 3582(c)(2) ("Section 3582 Motion"). The Court acknowledges that Defendant has another motion pending before the Court. *See* ECF No. 50 (Def. "Motion for Resentencing," apparently brought under § 2255); *see also* ECF No. 53 (Def. Section 3582 Motion). This Order only addresses issues relevant to Defendant's Section 3582 Motion.[1] On August 19, 2016, 2016, the FDO filed a notice of non-supplementation of Defendant's Section 3582 Motion and withdrew as counsel on that matter. *See* ECF No. 54. As such, Defendant proceeds in this Section 3582 Motion <u>without counsel</u>.[2]

In light of the FDO's filing specific to the instant matter, the government **SHALL** have until **<u>September 19, 2016</u>**, to file a response to Defendant's *pro se* Section 3582 Motion. Thereafter, from the date of the government's filing, Defendant, proceeding *pro se*, **SHALL** have **<u>60 days</u>** in which to file a reply.

IT IS SO ORDERED.

Dated:   **August 26, 2016**          /s/ Lawrence J. O'Neill          
                                      UNITED STATES CHIEF DISTRICT JUDGE

---

[1] To be clear, the Court does not construe the instant motion (ECF No. 53), as a supplement to, or as a replacement for, his "Motion for Resentencing Pursuant [sic] Johnson v. U.S. and for Appointment of Counsel," filed on June 20, 2016 (ECF No. 50).

[2] About Defendant's apparent § 2255 Motion, the Court issued a separate referral and scheduling Order. *See* ECF No. 52.