# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 1:13-cr-00432-LJO-SKO |
| **Plaintiff,** | **MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION PURSUANT TO 18 U.S.C. § 3582 (ECF No. 53)** |
| v. | |
| **MARTIN BARRAGAN,** | |
| **Defendant.** | |

Defendant previously filed two motions under 18 U.S.C. § 3582(c)(2) ("Section 3582"), seeking a reduction in his sentence on the basis of Amendment 782 to the United States Sentencing Guidelines, which revises the Drug Quantity Table in USSG § 2D1.1 and reduces by two levels the offense level applicable to many drug trafficking offenses. (ECF Nos. 38, 48.). In a January 15, 2015 Order, this Court denied Defendant's first Section 3582 motion because Defendant is not eligible to benefit from Amendment 782. (ECF No. 47.) The Court also denied Defendant's request for clarification regarding the January 15, 2015 Order, (ECF No. 44), because the Court lacked jurisdiction to address the concerns presented in Defendant's request (ECF No. 49). On August 3, 2015, this Court denied Defendant's second Section 3582 motion because it did not raise any "new arguments or issues, let alone any arguments that changed the analysis in the Court's January 15, 2015 Order." (ECF No. 49.)

On August 19, 2016, the Court received a third *pro se* motion from Defendant seeking a reduction of his sentence pursuant to 18 U.S.C. § 3582(c). (ECF No. 53.) Defendant's motion raises no

1

new arguments that impact the Court's original analysis. Because Defendant has failed to show that he is entitled to relief under Section 3582, his third Section 3582 motion is DENIED.

The Court notes that Defendant is currently pursuing a separate motion under 28 U.S.C. § 2255, which the Court does not address at this time.

IT IS SO ORDERED.

    Dated:   **December 8, 2016**             /s/ Lawrence J. O'Neill  
                                                           UNITED STATES CHIEF DISTRICT JUDGE